UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

VICTOR PACHECO-ORTIZ,

                Defendant.

22-CR-424 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      WHEREAS, on April 5, 2024 and on September 24, 2024, the defendant was alleged to have violated the terms of his supervised release in a Violation Report and Amended Violation Report, respectively, from the U.S. Probation Office for the Southern District of New York ("Probation");

      WHEREAS, on September 25, 2024, the Government requested a modification of the terms of the defendant's supervised release to include a curfew enforced by location monitoring as directed by Probation; and

      WHEREAS, the Court indicated that it would impose a curfew with hours permitting the defendant to continue his current employment;

      IT IS HEREBY ORDERED that the defendant's conditions of supervised release are modified to include a curfew between the hours of 7 p.m. and 5 a.m., enforced by location monitoring as directed by the Probation.

1

SO ORDERED.

                                               *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: September 30, 2024
        New York, New York

2