# LAW OFFICES OF JILL R. SHELLOW PLLC

---

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

January 16, 2025

**BY ECF ONLY**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
BuchwaldNYSDChambers@nysd.uscourts.gov

      RE:    *United States v. Victor Pacheo-Ortiz, 22-cr-424 (PAE)*

Dear Judge Engelmayer:

     Your Honor directed the parties to report to the Court on the status of Victor Pacheco-Ortiz's state court matter by January 23, 2025. AUSA Rebecca Delfiner has spoken with the ADA, and I have spoken with Mr. Pacheco-Ortiz's lawyer. They agree that although the next court date in their case is January 22, it is highly unlikely that the matter will be resolved on that date. Accordingly, we jointly request that Your Honor set another control date for this VOSR in approximately 90 days and direct the parties to provide a written status report by that date. In the event that the matter is resolved in the interim, we will promptly notify Your Honor.

     Thank you for your consideration.

                                                 Respectfully submitted,

                                                 Jill R. Shellow

**GRATNED.** The hearing is adjourned until A**pril 22, 2025** at **2:15 p.m.** The Clerk of Court is requested to terminate the motion at Dkt. No. 19.

                                        1/16/2025

                    SO ORDERED.

                                    *Paul A. Engelmayer*
                                  _____
                                  PAUL A. ENGELMAYER
                                  United States District Judge