

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 13, 2025

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Pacheco-Ortiz*, 22 Cr. 424 (PAE)

Dear Judge Engelmayer:

    The parties jointly write to provide the Court with a status update on the state charges pending against the defendant and to request that the Court adjourn the May 15, 2025 conference scheduled in this case for approximately 60 days, or as convenient for the Court.

    The state charges against the defendant have been referred to the Honorable Anne B. Bianchi in Westchester County Court for trial. The Government understands that the earliest a trial may occur in the state case is in June, and that the parties to the state case are in discussions about a potential resolution.

    The parties, therefore, jointly request that the Court adjourn the May 15, 2025 status conference for 60 days, or as convenient for the Court, to give the state case time to proceed to trial or other resolution. Should there be any updates in the state case before that time, the parties will promptly notify the Court.

                                    Respectfully submitted,

                                    JAY CLAYTON
                                  United States Attorney

                               by: _____
                                  Rebecca R. Delfiner
                                  Assistant United States Attorney
                                  (212) 637-2427

**GRANTED.** The next conference in this case is adjourned until **Tuesday, July 15** at **2:15 p.m.** The Clerk of Court is requested to terminate the motion at Dkt. No. 21.

                      5/14/2025

SO ORDERED.

                      _____
                      PAUL A. ENGELMAYER
                      United States District Judge