# LAW OFFICES OF JILL R. SHELLOW PLLC

_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

July 14, 2025

**BY ECF AND EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
BuchwaldNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Victor Pacheo-Ortiz, 22-cr-424 (PAE)*

Dear Judge Engelmayer:

This letter respectfully requests that the conference in this matter presently scheduled for July 15, 2025 be adjourned until August 14 at 2:15 PM, after Victor Pacheco pleads guilty in state court in connection with the offenses forming the basis for this VOSR.  Mr. Pacheco is presently scheduled to enter that plea on July 24, 2025.  I understand from Your Honor's chambers that the Court is available on the date and at the time requested.  The government consents to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   AUSA Rebecca Delfiner (by email)

Admitted:  NY, CT, DC

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 23.

7/15/2025

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge