UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

VICTOR PACHECO-ORTIZ,

Defendant.

22-CR-424 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The defendant today pled guilty to violation specification number 8 as brought by the

Probation Department. For the reasons stated on the record at today's conference, the Court

hereby sets the following schedule and deadlines:

- The defendant's sentencing on this violation of supervised release is scheduled for

  **November 20, 2025** at **3 p.m.** in **Courtroom 1305** of the Thurgood Marshall

  Courthouse, 40 Foley Square, New York, NY.

- The defense shall submit a letter by **November 12, 2025** supplementing its

  sentencing submission to take account of the defendant's state-court sentencing.

- The Government shall file its supplemental sentencing letter by **November 14,**

  **2025**.

The Court also imposes the following additional condition of supervised release:

- The defendant shall participate in an outpatient mental health program approved

  by the U.S. Probation Office. The defendant shall continue to take any prescribed

  medications unless otherwise instructed by the health care provider. The

  defendant shall contribute to the costs of services rendered not covered by third-

party payment, if the defendant has the ability to pay. The Court authorizes the

release of available psychological and psychiatric evaluations and reports to the

health care provider.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: August 14, 2025
      New York, New York

2