

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 7, 2025

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *United States v. Pacheco-Ortiz*, 22 Cr. 424 (PAE)

Dear Judge Engelmayer:

        The Government respectfully requests that the Court adjourn the sentencing proceeding in this matter currently scheduled for November 20, 2025, and the associated submission deadlines, due to an adjournment of the defendant's sentencing in his related state court case. The defense consents to this request.

        The Court previously scheduled the defendant's sentencing on his violation of supervised release for November 20, 2025, so that it would fall shortly after the defendant's scheduled sentencing in state court on November 5, 2025. On November 5, 2025, the defendant's state court attorney requested an adjournment of sentencing because of an injury he had sustained the day before. The state court adjourned its sentencing proceeding to December 3, 2025. Therefore, the Government respectfully requests that the sentencing proceeding before this Court, and the associated submission deadlines, be adjourned to follow the sentencing in the state court. The Government understands that the Court and the parties are available for sentencing on December 22, 2025 at 11 a.m.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

        by: _____
        Rebecca R. Delfiner
        Assistant United States Attorney
        (212) 637-2427

---

**GRANTED.** Sentencing is adjourned until **December 22, 2025,** at **11:00 a.m.** The Clerk of Court is requested to terminate the motion at Dkt. No. 30.

11/10/2025

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge