

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 18, 2025

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:     ***United States v. Pacheco-Ortiz*, 22 Cr. 424 (PAE)**

Dear Judge Engelmayer:

The parties jointly request that the Court adjourn the sentencing proceeding in this matter currently scheduled for December 22, 2025, and the associated submission deadlines, due to an adjournment of the defendant's sentencing in his related state court case.

The Court previously scheduled the defendant's sentencing on his violation of supervised release for November 20, 2025, so that it would fall shortly after the defendant's scheduled sentencing in state court on November 5, 2025. On November 5, 2025, the defendant's state court attorney requested an adjournment of sentencing because of an injury he had sustained. The state court adjourned its sentencing proceeding to December 3, 2025, and this Court adjourned its sentencing proceeding until December 22, 2025. On December 3, 2025, the defendant's state court attorney requested an adjournment of sentencing because the defendant wanted to spend the holidays with his children, and the state court adjourned its sentencing proceeding to January 14, 2026. Therefore, the parties respectfully request that this Court's sentencing proceeding, and the associated submission deadlines, be adjourned to follow the sentencing in the state court. The Government understands that the Court and the parties are available for sentencing on January 22, 2026 at 2:30 p.m.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Rebecca R. Delfiner
Assistant United States Attorney
(212) 637-2427

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 32.

12/18/2025

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge